# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH DUPLANTIS

NO. 2019 KW 1250

**NOV 2 5 2019**

---

In Re:    Joseph Duplantis, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 539,506.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of his application for postconviction relief filed with the district court, the district court's ruling on the application, the state's answer, if any, the bill of information or indictment, all pertinent minute entries and/or transcripts, the commitment order, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before January 21, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_Ruiee L Reed_
DEPUTY CLERK OF COURT
FOR THE COURT